IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALICE J. NEUEN, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.: 09-cv-5090 |
| | : | |
| PRIMECARE MEDICAL, INC, et al. | : | |
| Defendants. | : | |

# ORDER

AND NOW, this  24TH  day of March, 2011, upon consideration of Defendant PrimeCare Medical, Inc., Paula Dillman-McGowan, CRNP, and Faye Oxenreider, LPN's Motion for Summary Judgment (Doc. No. 32), and Plaintiffs' Response to the Motion for Summary Judgment, (Doc. No. 36), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that summary judgment is GRANTED only as to Plaintiffs' civil rights claim against PrimeCare Medical, Inc., and Count II of the Complaint is dismissed. Summary judgment is DENIED in all other respects.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE